UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**JERAMY GERARDO,**

        Petitioner,

        v.

**CHRISTIAN PFEIFFER,**

        Respondent.

Case No. CV 16-3647 BRO (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: March 13, 2017

_____
Beverly Reid O'Connell
United States District Judge