JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERAMY GERARDO, | ) Case No. CV 16-3647-BRO(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CHRISTIAN PFEIFFER, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 13, 2017

_____
Beverly Reid O'Connell
United States District Judge